Ralph C. Loeb, Esq (#124773)
**KRANE & SMITH**
16255 Ventura Boulevard
Suite 600
Encino, CA 91436

Tel: (818) 382-4000
Fax: (818) 382-4001

Attorneys for Plaintiff, LIFE ALERT EMERGENCY RESPONSE, INC.

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

___ Priority
___ Send
___ Clsd
___ Enter
_X_ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIFEWATCH, INC., a New York corporation,<br><br>Defendant. | CASE NO.: CV08-02184CAS (FFMx)<br><br>[Assigned for All Purposes To The Hon. Christina A. Snyder]<br><br>[~~PROPOSED~~] **FINAL JUDGMENT AND PERMANENT INJUNCTION** |

ORIGINAL

P:\CLIENTS\LIFEALERT\LIFEWATCH\PROPOSED FINAL JUDGMENT.wpd

1

Defendant, Lifewatch, Inc. ("Defendant"), having had a default entered against it on Plaintiff, Life Alert Emergency Response, Inc.'s ("Plaintiff") Complaint in this action on May 5, 2008, and Plaintiff having complied with Federal Rule of Civil Procedure 55 and the applicable Local Rules to the satisfaction of the Court;

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. Defendant, and its officers including Evan Sirlin, agents, servants, representatives, employees, attorneys, and any person or entity acting on behalf of, through, or in concert or participation with Defendant, or any person, parent, subsidiary, or affiliated entity of Defendant (collectively the "Enjoined Parties"), are hereby permanently, restrained, enjoined and prohibited, directly or indirectly, by any means, method or device whatsoever, from using either of the trademarks "Life Alert", "Help, I've Fallen And I Can't Get Up!" and "I've fallen and I can't get up!", any colorable imitation thereof, and/or any other name or mark likely to cause confusion, mistake, or deception with either of the above trademarks as to the source of origin of the goods and/or services of an Enjoined Party and/or the affiliation, sponsorship and/or approval of the Plaintiff of the goods and/or services of an Enjoined Party in connection with the sale, offering for sale, distribution, manufacturing, advertising, or promotion of goods and/or services by an Enjoined Party (other than the goods and/or services of Plaintiff), and/or in connection with any Internet domain name.

2. Plaintiff has established exceptional circumstances and is awarded attorneys fees against Defendant in the amount of $3,750.00 pursuant to Lanham Act Section 35, 15 U.S.C. §1117.

3. Plaintiff is awarded its costs against Defendant in the amount of $575.00.

4. The Court shall retain jurisdiction of this matter for purposes of enforcement, performance and modification of this Permanent Injunction.

5. No bond shall be required to secure this Judgment.

Dated: 8/25/08

_____
JUDGE OF THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA